UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CBRE, INC.,<br><br>Petitioner,<br><br>v.<br><br>LANCE MARINE,<br><br>Respondent. | Civil Action No. 25-2132 (PLF) |

ORDER

For the reasons stated in the accompanying Opinion issued this same day, it is hereby

ORDERED that respondent Lance Marine's Motion to Reconsider and to Alter or Amend the Judgment [Dkt. No. 25] is DENIED.

An opinion explaining the Court's reasoning will issue this same day.

SO ORDERED.

Paul L. Friedman

PAUL L. FRIEDMAN
United States District Judge

DATE: 9/4/26